# UNITED STATES DISTRICT COURT

EASTERN     DISTRICT OF     TENNESSEE

| UNITED STATES OF AMERICA V. MICHAEL BENANTI | **EXHIBIT AND WITNESS LIST** Case Number: 3:15-CR-177 |
|---|---|

| PRESIDING JUDGE C. Clifford Shirley, Jr. | PLAINTIFF'S ATTORNEY Steve Cook/David Lewen | DEFENDANT'S ATTORNEY Robert Kurtz/Richard Gaines |
|---|---|---|
| TRIAL DATE (S) June 2, 2016 | COURT REPORTER Lynda Clark | COURTROOM DEPUTY Rachel Stone |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| W | | 6/2/2016 | | | North Carolina State Trooper Greg Reynolds |
| 1 | | 6/2/2016 | X | X | September 3, 2015 NC State Highway Patrol Videos (two videos on one disc) |
| 2 | | 6/2/2016 | X | X | November 25, 2015 NC State Highway Patrol Video |
| 2a | | 6/2/2016 | X | X | Transcript of November 25, 2015 Video |
| | 5 | 6/2/2016 | X | X | Seven page document from City of Asheville Police Department |
| | 6 | 6/2/2016 | X | X | Seven page document titled "U.N.I.T. Surveillance Notes" |
| 3 | | 6/2/2016 | X | X | November 25, 2015 Michael Benanti Interview |
| 3a | | 6/2/2016 | X | X | Transcript of November 25, 2015 Michael Benanti Interview |
| 4 | | 6/2/2016 | X | X | Federal Bureau of Investigation Advice of Rights signed by Michael Benanti |
| | 7 | 6/2/2016 | X | X | North Carolina Uniform Citation and Warrant |
| W | | 6/2/2016 | | | FBI Agent Jeff Blanton |
| 8 | | 6/2/2016 | X | X | Map of tracks from Knoxville to Roanoke in GPS system |
| 9 | | 6/2/2016 | X | X | Map close up of Rebel Ridge Road area in GPS system |
| 10 | | 6/2/2016 | X | X | Map of tracks in West Knoxville in GPS system |
| | 11 | 6/2/2016 | X | X | Search Warrant for Residence located at 380 Allison Drive, Maggie Valley, North Carolina |
| | 12 | 6/2/2016 | X | X | Victim Statement of Allison Ziegler |
| | 13 | 6/2/2016 | X | X | Black and white copy of note obtained from Michael Benanti (double sided copy) |
| 13a | | 6/2/2016 | X | X | Color copy of note obtained from Michael Benanti (page 1) |
| 13b | | 6/2/2016 | X | X | Color copy of note obtained from Michael Benanti (page 2) |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of     1     Pages